JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARACELIA URIBE,                          ) Case No. CV 13-8178-KK
                          Plaintiff,     )
                                         )
                    v.                   )          JUDGMENT
                                         )
CAROLYN W. COLVIN, Acting                )
Commissioner of Social Security,         )
                          Defendant.     )
_____        )

     Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated:   December 29, 2014

_____

Hon. Kenly Kiya Kato
United States Magistrate Judge